

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00063-CV

The **STATE** of Texas,
Appellant

v.

**CPS ENERGY** f/k/a City Public Service f/k/a San Antonio Public Service Company,
Appellee

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2017ED0021
Honorable Kelly Cross, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. Costs of the appeal are taxed against the appellant.

SIGNED July 18, 2018.

_____
Patricia O. Alvarez, Justice